UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SEALY, INC.,**

                **Plaintiff,**

-vs-                                            Case No. 6:07-cv-270-Orl-28KRS

**RENEE MORDAUNT-BARRETT,**

                **Defendant.**

_____

# ORDER

This case is before the Court after a hearing on Plaintiff's motion to compel (Doc. No. 17) and a review of the docket in this case. The United States Magistrate Judge has submitted a report recommending that Defendant's Answer be stricken and a default entered against her.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 18, 2007 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Answer (Doc. 8) is hereby **STRICKEN.**

    3.    The Clerk is directed to enter a default against Defendant Renee Mordaunt-Barrett.

4.	Plaintiff shall have thirty (30) days from the date of this Order to file a motion for default judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7___ day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party